In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-524 CV


____________________



IN RE PHYLLIS A. MORTON






Original Proceeding






 MEMORANDUM OPINION 


 Phyllis A. Morton filed a petition for writ of mandamus. The attorney representing
the opposing party in the underlying suit formerly represented Morton's attorney in unrelated
litigation. The relator claims that opposing counsel is using knowledge obtained in that
earlier representation adversely to his former client and to the benefit of his present client. 
According to the relator, opposing counsel is using knowledge obtained in the course of that
earlier representation to support his current client's motion for sanctions for filing frivolous
pleadings. Morton contends the trial court abused its discretion when it denied her counsel's
motion to disqualify opposing counsel.


 Mandamus will issue only to correct a clear abuse of discretion or violation of a duty
imposed by law when that abuse cannot be remedied by appeal. Jack B. Anglin Co., Inc. v.
Tipps, 842 S.W.2d 266, 272 (Tex.1992); Walker v. Packer, 827 S.W.2d 833, 839 (Tex.1992). 
After reviewing the mandamus record and petition, we conclude that the relator has not
demonstrated an abuse of discretion by the trial court. Accordingly, the petition for writ of
mandamus is denied. 

 WRIT DENIED.

 PER CURIAM

Opinion Delivered December 7, 2006 

Before McKeithen, C.J., Gaultney and Kreger, JJ.